LATHAM & WATKINS LLP
 Daniel Scott Schecter (Bar No. 171472)
  daniel.schecter@lw.com
10250 Constellation Avenue, Suite 1100
Los Angeles, California  90067
Telephone:  +1.424.653.5500
Attorney for Petitioner
MVL Film Finance LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: DMCA SECTION 512(h) SUBPOENA TO REDDIT, INC. | Miscellaneous Action No.<br><br>**DECLARATION OF MATTHEW SLATOFF IN SUPPORT OF ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |
|---|---|

I, Matthew Slatoff, the undersigned, declare that:

1. I am the Vice President, Global Security & Content Protection at Marvel Studios, LLC, which is an affiliate of (with the same parent as) MVL Film Finance LLC ("MVL"). As part of my duties, I am responsible for monitoring and addressing infringement of copyright rights owned by MVL and its affiliated companies.

2. I am authorized to act on MVL's behalf.  I submit this declaration in support of MVL's request for issuance to Reddit, Inc. ("Reddit") of a subpoena, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h)

Case No.

DECLARATION OF MATTHEW SLATOFF

(the "DMCA Subpoena"), to identify an alleged infringer (or infringers) who posted content which infringes copyright rights held by MVL in *Ant-Man and the Wasp: Quantumania* (the "Infringing Content") on systems operated by Reddit without MVL's authorization. I have personal knowledge of the facts contained herein and, if called upon to do so, I could and would testify competently thereto.

3. On January 21, 2023, Nilo Siqueira, Analyst, Digital Media Antipiracy at The Walt Disney Company (the parent of MVL), submitted on behalf of MVL a notification, via a webform provided by Reddit at https://reddit.zendesk.com/hc/en-us/requests/new?ticket_form_id=73465, identifying the Infringing Content on Reddit's systems and providing the information required by 17 U.S.C. § 512(c)(3)(A). Attached hereto as Exhibit 1 is a confirmation email from Reddit (support@reddit.zendesk.com) which sets forth the information submitted to Reddit. Mr. Siqueira received confirmations from Reddit on January 21, 2023 that Reddit had received the takedown notice. Attached hereto as Exhibit 2 is a true and correct copy of the confirmation of receipt received from Reddit. Mr. Siqueira was authorized to act on behalf of MVL in submitting this notification.

4. The purpose for which the DMCA Subpoena is sought is to obtain the identity of an alleged infringer (or infringers) and such information will only be used for the purpose of protecting MVL's rights under title 17 U.S.C. §§ 100, *et seq.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information or belief.

Executed at ___Burbank___, California, on March 7, 2023.

_____
Matthew Slatoff

# Exhibit 1



# Exhibit 2

